**UNITED STATES DISTRICT COURT**
**DISTRICT OF IDAHO**

(X ) Detention Hearing

MAGISTRATE JUDGE: Debora K. Grasham DATE: 2/23/2026
DEPUTY CLERK/ESR: Amy Tate TIME: 2:50-3:28 PM

UNITED STATES OF AMERICA vs. Juan Rios-Martinez
Case No. 1:25-cr-00135-DCN-1
Counsel for: United States (AUSA): Sean Mazorol
Defendant: John Cacheris, FD (previously appointed)
Interpreter: Susan Evans
Probation: Jessica Kinsel

(X ) DETENTION HEARING

EXHIBITS
(X ) Government

1. Immigration Order – marked and admitted
2. Credential Acknowledgement Form – marked and admitted
3. Case Information – marked and admitted

(X ) Defendant

1. SSN Application– marked and admitted
2. Immigration Order – marked and admitted
3. Support Letter – marked and admitted

Proffer by Government. Motion for Detention filed at Dkt. 6.
Proffer by Defendant. Motion for Pretrial Release filed at Dkt. 14.

(X ) Order: Following oral argument by both parties, the Court ordered the Defendant detained. Government's Motion for Detention, Dkt. 6, is hereby GRANTED. Defendant's Motion for Pretrial Release, Dkt. 14, is hereby DENIED. Order of Detention entered.